UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
ELECTRONICALLY FILED

| | |
|---|---|
| NICOLE HARER )<br>*Plaintiff* )<br>)<br>V )<br>)<br>HOMESTEAD NURSING CENTER OF )<br>NEW CASTLE, KENTUCKY, LLC a.k.a. )<br>TWIN OAKS ASSISTED LIVING )<br>*Defendant* ) | Civil Action No. 3:12-cv-18 DCR |

## NOTICE OF DEATH OF PLAINTIFF
## MOTION TO STAY AND HOLD IN ABEYANCE

Counsel for the Plaintiff hereby gives formal notice to the Court and to all parties of the death and passing of the Plaintiff, Nicole Harer. The Plaintiff passed away on the 6th day of October, 2012. Plaintiff's counsel notified defense counsel verbally. Plaintiff's counsel submitted Answers to Interrogatories and Request for Production of Documents with notice to defense counsel that the Plaintiff was unavailable to verify same. Plaintiff's counsel requests the Court to stay all currently scheduled and/or ordered discovery and litigation deadlines until such time as the Estate of Nicole Harer has been established; and Plaintiff's counsel can file the requisite motions to revive and motions to amend.

Respectfully submitted,

/s/ C. Gilmore Dutton, III
C. GILMORE DUTTON, III
Dutton & Associates, PLLC
513 Main Street
P.O. Box 967
Shelbyville, KY 40066-0967
cgdutton@duttonandsalyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing instrument was sent via first class U.S. mail, postage pre-paid to the following on this the 27th day of November, 2012, to:

| Hon. Paul A. Dzenitis<br>Reminger Co., LPA<br>269 West Main Street, Suite 700<br>Lexington, KY 40507 | Hon. Emily Weaver Newman<br>Reminger Co., LPA<br>269 West Main Street, Suite 700<br>Lexington, KY 40507 |
|---|---|
| Hon. Larry Sykes<br>Stoll Keenon Ogden<br>300 West Vine Street, Suite 2100<br>Lexington, KY 40507 | |

/s/ C. Gilmore Dutton, III
C. GILMORE DUTTON, III