UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| NICOLE HARER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 12-18-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| HOMESTEAD NURSING CENTER OF | ) | |
| NEW CASTLE, KENTUCKY, LLC, a/k/a | ) | **ORDER** |
| TWIN OAKES ASSISTED LIVING, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

During the hearing held this date, the Court was advised that settlement has been reached regarding all issues in dispute. Accordingly, it is hereby

**ORDERED** as follows:

1. This matter is **DISMISSED**, without prejudice, and **STRICKEN** from the Court's active docket.

2. The parties shall tender an Agreed Order dismissing this case with prejudice within 30 days of the entry of this Order. The Court will entertain a motion to re-docket this action upon application to this Court within 30 days from entry of this Order if the settlement is not consummated.

This 12th day of June, 2013.



**Signed By:**

*Danny C. Reeves*  DCR

**United States District Judge**